UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 16-2273 SVW (MRW) | Date | January 30, 2017 |
|---|---|---|---|
| Title | Montenegro v. Adams | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**     ORDER TO SHOW CAUSE RE: DISMISSAL

    1.    Petitioner submitted another pleading regarding her federal habeas case. (Docket # 10.) Petitioner requests additional time to submit "more documentation" regarding her physical and mental health. The purpose of this material would be to show the Court that she "has been discriminated against by [her prison] and the county of San Bernardino." (Id. at 2.)

    2.    Petitioner's request is DENIED. When Petitioner filed this action in October 2016, it was apparent from the face of the petition that she was not entitled to relief. Petitioner has never presented her constitutional claims to the state supreme court – this is a prerequisite in a habeas action under AEDPA. 28 U.S.C. § 2254. Petitioner's failure to present and exhaust her claims is compounded by her failure to respond to the Court's direct inquiries about her action. (Docket # 4, 9.)

    3.    Petitioner's desire to present more information about her health problems is irrelevant to the baseline issue; can she properly maintain this action in federal court? As things stand, she cannot. Therefore, Petitioner is ORDERED to show cause why this case should not be dismissed under Habeas Rule 2 and 28 U.S.C. § 2254 for failure to exhaust her claims. Petitioner's response to this order – along with a clear explanation about the status of the case – will be due by February 17. After that date, the Court will determine whether dismissal is appropriate. No further continuances will be considered.